

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00105-CV

**IN RE** Curtis **JOHNSON**

Original Proceeding[1]

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
           Lori I. Valenzuela, Justice
           H. Todd McCray, Justice

Delivered and Filed: March 4, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

On February 9, 2026, Relator filed a petition for writ of mandamus seeking to compel the trial court to rule on a January 30, 2026 request for ruling filed in the underlying proceedings. Relator has not established that he is entitled to the relief requested. The petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2024CI11695, styled *In the Matter of the Marriage of T.J. and C.J.*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Nadine Melissa Nieto presiding.